**BONAKDAR** LAW FIRM

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 301
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorneys for Defendant, DANIEL FELICIANO SANDOVAL-ARCE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL FELICIANO SANDOVAL-ARCE,<br><br>Defendant. | Case No. 1:18-CR-00122 – DAD-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON<br><br>Judge: Hon. Barbara A. McAuliffe<br>Status Conference: September 28, 2018<br>Time: 1:00 p.m.<br>Courtroom: 8 |

WHEREAS the Second Status Conference was held in this matter on September 24, 2018;

WHEREAS Roger S. Bonakdar, counsel for Defendant Daniel Feliciano Sandoval-Arce (herein "Mr. Sandoval-Arce"), was in trial in Los Angeles County on a civil matter, and was otherwise unavailable to attend the September 24, 2018, Status Conference. Counsel for Mr. Sandoval-Arce arranged to have an attorney specially appear in his place, for the sole purpose of continuing said Status Conference.

WHEREAS the September 24, 2018, Status Conference was continued to September 28, 2018.

WHEREAS the Government has extended a plea offer, which is set to expire on October 5, 2018.

1    WHEREAS, counsel for Mr. Sandoval-Arce also believes he needs additional time to review discovery, investigate possible defenses, and convey the plea to his client. Counsel for Mr. Sandoval-Arce indicates that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

WHEREAS, the Government does not object to the continuance.

THEREFORE, IT IS STIPULATED by and between the parties that the September 28, 2018, Status Conference hearing be continued from September 28, 2018, to October 22, 2018, at 2:00 p.m., in Courtroom 8.

THEREFORE, IT IS FURTHER STIPULATED that this Stipulation may be executed in multiple counterparts, and that said counterparts (when offered together) shall constitute a fully executed original. In this regard, signatures by facsimile shall be given the same force and effect as originals.

IT IS SO STIPULATED:

Date: September 27, 2018                BONAKDAR LAW FIRM

                                        /S/ Roger S. Bonakdar
                                        ROGER S. BONAKDAR
                                        Attorney for Defendant,
                                        Daniel Feliciano Sandoval-Arce


Date: September 27, 2018                UNITED STATES ATTORNEY


                                        /s/ Ross Pearson
                                        Ross Pearson
                                        Assistant United States Attorney

# ORDER

The Stipulation to Continue the hearing on the Status Conference having come before this Court and good cause appearing therefore;

IT IS HEREBY ORDERED that the September 28, 2018, Status Conference hearing is hereby continued to October 22, 2018, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the Defendant in a trial within the original date prescribed by the Speedy Trial Act.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C., §3161, et seq., within which trial must commence, the time period of September 28, 2018, to October 22, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C., §3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at Defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **September 28, 2018**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE