McGREGOR W. SCOTT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:18-CR-00122-DAD-BAM |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| DANIEL FELICIANO SANDOVAL-ARCE, | |
| Defendant. | |

WHEREAS, on November 2, 2018, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Daniel Feliciano Sandoval-Arce in the following property:

    a. Firearm, Professional Ordinance Inc. 556 caliber pistol, serial number B22533;

    b. M1 Plainfield Machine Dunellen Rifle, serial number 80540;

    c. Ruger 22 caliber rifle, serial number 125-32729;

    d. 30 round rifle magazine;

    e. Approximately 280 rounds of rifle ammunition in a steel container;

    f. Kimber 1911 .45 caliber handgun, serial number K475897;

    g. Kimber 1911 .45 caliber magazine;

    h. Two (2) 25-round .22 caliber rifle magazines;

    i. 12 gauge shotgun barrel;

      j.   JC Higgins 12 gauge shotgun without the stock;

      k.   Mossberg 12 gauge shotgun, serial number T820233;

      l.   Four (4) 12 gauge shotgun rounds loaded in the Mossberg shotgun, serial number T820233;

      m.   Bryco Arms .380 caliber handgun (serial number removed);

      n.   Two (2) loaded magazines, .380 caliber;

      o.   Four (4) .40 caliber rounds; and

      p.   All miscellaneous ammunition seized during the search of defendant's residence.

AND WHEREAS, beginning on November 17, 2018, for at least thirty (30) consecutive days respectively, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the United States sent direct written notice by certified mail to the following individual known to have an alleged interest in the above-described property: Jessica Mesa;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.    A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Daniel Feliciano Sandoval-Arce and Jessica Mesa.

2.    All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

/////

3. The U.S. Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **April 3, 2019**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE